IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICHOLAS DUTTLE et al.,

    Plaintiffs,

v().                                         No. CV 10-0839 MCA/GBW

CURTIS CHILDRESS et al.,

    Defendants.

ORDER DENYING MOTION TO STAY PROCEEDINGS

THIS MATTER comes before the Court on Plaintiffs' Motion to Stay Proceedings. ("Motion"). *Doc. 50.* For the reasons stated below, the Court will deny the Motion.

At present, the Motion fails to comply with the Local Rules. Local Rule 7.1(a) of the United States District Court for the District of New Mexico provides that a "[m]ovant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ. 7.1(a). By imposing this requirement, Local Rule 7.1(a) acts to promote judicial efficiency and economy by precluding the unnecessary filing of motions, responses, and orders.

The instant Motion states only that "[b]ecause of the nature of the motion, concurrence from opposing counsel was not sought." *Doc. 50* at 1. The local rule does not exempt, explicitly or implicitly, motions to stay from the requirement to seek concurrence. As such, the Motion will be denied for failure to comply with the Local Rules.

Therefore, the Court HEREBY DENIES Plaintiffs' Motion.  *Doc. 50.*

IT IS SO ORDERED.

_____
HON. GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE